UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X
                                                             :

UNITED STATES OF AMERICA,       :

                 -v-                                :

NATHAN AUSTAD,                       :

                Defendant.        :
------------------------------------------------- X

24 MJ. 155 (RA)

<u>ORDER</u>

RONNIE ABRAMS, District Judge:

In light of Nathan Austad's acceptance into the Young Adult Opportunity Program and his and the Government's joint consent to exclude time under the Speedy Trial Act to allow for participation in such Program, time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) to December 29, 2025.

Dated:      June 27, 2024
              New York, New York

                                                       _____
                                                          RONNIE ABRAMS
                                                 United States District Judge