UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

    -against-

NATHAN AUSTAD,

        **Defendant.**

------------------------------------------------------------X

24-MJ-00155 (RA)

**ORDER**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/2025
```

**SARAH NETBURN, United States Magistrate Judge:**

    Defendant Nathan Austad failed to appear on April 1, 2025, for a meeting of the Young Adult Opportunity Program. Austad was not excused from attending, and his excuse for failing to appear is not credible. Austad has otherwise failed to meaningfully engage with the Program, including by not submitting proof that he attended and completed a high school program or proof of sustained efforts to find employment. He has been, at best, inconsistent with his reporting obligations. Accordingly, the Court intends to terminate Austad from the Young Adult Opportunity Program. If Austad would like to be heard on this issue, he may request to appear at a conference.

    The Government and defense counsel are further ordered to meet and confer to discuss the next steps in this matter and to file a letter by April 14, 2025.

**SO ORDERED.**

                                               SARAH NETBURN
                                               United States Magistrate Judge

DATED:    April 7, 2025
              New York, New York